MICHAEL WOOD, on behalf of himself and all others similarly situated,

    Plaintiffs,

    v.

Z-man Fishing Products, Inc.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

**United States District Court**
**Northern District of Illinois**

Case No.: 1:26-cv-1590

**NOTICE OF SETTLEMENT**

    **PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: April 6, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.

4903 Avenue N

Brooklyn NY 11234

O: (844) 731-3343

C: (630) 478-0856

Email: achan@ealg.law